UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61426-CIV-DIMITROULEAS

FRANK R. NETTLES,

        Magistrate Judge Snow

    Plaintiff,

v.

TOTAL COMFORT PLUMBING, a Florida
corporation, and JOHN SAUL, individually,

    Defendants.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court upon the Defendants' Verified Motion to Tax Costs [DE 41] and the Report and Recommendation of Magistrate Judge Lurana S. Snow, dated October 6, 2009 [DE 44].  The Court notes that no objections to the Report have been filed, and the time for filing such objections has passed.  As no timely objections were filed, any factual findings by the Magistrate Judge in the Report are hereby adopted and deemed incorporated into this opinion.  LoConte v. Dugger, 847 F.2d 745, 749-50 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988); RTC v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report and record and is otherwise fully advised in the premises.  The Court agrees with the Magistrate Judge's conclusion this Court should grant the motion and that the costs that the Defendants incurred were necessary and recoverable.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    1.    The Magistrate Judge's Report [DE 44] is hereby **ADOPTED** and **APPROVED**;

2.	Defendants' Verified Motion to Tax Costs [DE 41] is hereby **GRANTED**;

3.	Defendants Total Comfort Plumbing and John Saul shall recover from the Plaintiff Frank R. Nettles the amount of $1,114.50 for costs, plus interest at the rate of 0.47% from July 31, 2009.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of January, 2010.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Magistrate Judge Snow

Counsel of record